DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH J. PEPPERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-3001

[November 16, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni Bryson, Judge; L.T. Case No. 502021CT010907A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***